THE STATE v. JOHN D. HOWARD, Appellant.

**Division Two, February 12, 1910.**

**BILL OF EXCEPTIONS: Not Identified.** Where the bill of exceptions set out in the transcript is not properly identified or authenticated, it cannot be considered on appeal; and a judgment of conviction will be affirmed, if no error appears in the record proper.

Appeal from Douglas Circuit Court.—*Hon. Jno. T. Moore,* Judge.

AFFIRMED.

*Burkhead & Clarke* for appellant.

*Elliott W. Major,* Attorney-General, and *John M. Dawson,* Assistant Attorney-General, for the State.

The bill of exceptions is not authenticated nor identified, therefore there is nothing before the court but the record proper. Reno v. Fitz Jarrell, 163 Mo. 411; State v. Baty, 166 Mo. 561; State v. Weinegard, 168 Mo. 490.

BURGESS, J.—The defendant appeals from a judgment of the circuit court of Douglas county, Missouri, convicting him of the crime of embezzlement.

The transcript filed in this case contains what purports to be a bill of exceptions, but which is not properly identified or authenticated, and cannot therefore be considered. No error appearing in the record proper, the judgment must be and is affirmed. All concur.